UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

08 CV 4360

| | |
|---|---|
| WEDGEWOOD TACOMA LLC, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CITIGROUP INC., CITIGROUP GLOBAL MARKETS, INC., and CITI SMITH BARNEY,<br><br>Defendants. | CIVIL ACTION NO.<br><br><br><br>**JURY TRIAL DEMANDED**<br><br>RECEIVED<br>08 2008<br>U.S.D.C. S.D. N.Y.<br>CASHIERS |

### RULE 7.1 STATEMENT

Pursuant to federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for WEDGEWOOD TACOMA LLC (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: May 8, 2008

By: _____

Kent A. Bronson
**MILBERG LLP**
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229
kbronson@milberg.com