UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

08 CV 4360

| | |
|---|---|
| WEDGEWOOD TACOMA LLC, Individually And On Behalf of All Others Similarly Situated, | ) )  CIVIL ACTION NO. ) |
| Plaintiff, | ) ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| CITIGROUP INC., CITIGROUP GLOBAL MARKETS, INC., and CITI SMITH BARNEY, | ) ) ) |
| Defendants. | ) ) ) |

RECEIVED
MAY 08 2008
U.S.D.C. S.D. N.Y.
CASHIERS

## RELATED CASE AFFIDAVIT

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NEW YORK    )

KENT A. BRONSON, being duly sworn, deposes and says:

1. I am a partner at the law firm of Milberg LLP, attorneys for plaintiff in the above-captioned action, which is brought under federal law in connection with alleged violations of the federal securities laws.

2. Upon information and belief, this action is related to the previously-filed action captioned, <u>LHB Insurance Brokerage Inc. v. Citigroup, Inc., et al.</u>, No. 1:08-cv-03095 (LTS), which also asserts similar claims based on violations of the federal securities laws by defendants and arises out of the same nucleus of common operative facts as that action.

3. Accordingly, it is respectfully submitted that this action should be assigned as a related case to the Honorable Laura Taylor Swain.

_____
Kent A. Bronson

**MILBERG LLP**
Kent A. Bronson
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229
kbronson@milberg.com

Sworn to before me this 8th
day of May 2008

_____
Notary Public

DAVID J. SCLAFANI
NOTARY PUBLIC, State of New York
No. 01SC6057709
Qualified in Kings County
Commission Expires April 23, 2011