%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    New York

WEDGEWOOD TACOMA LLC, Individually
And On Behalf of All Others Similarly Situated,

V.

CITIGROUP INC., CITIGROUP GLOBAL
MARKETS, INC., and CITI SMITH BARNEY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 4360

TO: (Name and address of Defendant)

(See Attached Schedule A)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kent A. Bronson, Esq.
MILBERG LLP
One Pennsylvania Plaza - 48th Floor
New York, NY  10119-0165

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    MAY 0 8 2008

CLERK                                  DATE

(By) DEPUTY CLERK

⸺AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                              *Signature of Server*

                                        _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## **SCHEDULE A**

**CITIGROUP INC.**
399 Park Avenue
New York, NY 10043

~and~

**CITIGROUP INC.**
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011


**CITIGROUP GLOBAL MARKETS, INC.**
ATT: General Counsel
388 Greenwich Street
New York, NY 10013


**CITI SMITH BARNEY**
c/o Citigroup Inc.
399 Park Avenue
New York, NY 10043

## AFFIDAVIT OF SERVICE

**ORIGINAL**

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 4360

Date Filed: 5/8/2008

Plaintiff:
**WEDGEWOOD TACOMA, LLC, Individually and on Behalf of All Others Similarly Situated,**

vs.

Defendant:
**CITIGROUP, INC., CITIGROUP GLOBAL MARKETS, INC., and CITI SMITH BARNEY**

For:
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119

Received these papers to be served on **CITIGROUP GLOBAL MARKETS, INC. ATT: General Counsel, located at 388 Greenwich Street, New York, New York 10013**.

I, Baldeo Chetram, being duly sworn, depose and say that on the **22nd day of May, 2008** at **9:30 am**, I:

Served the above named Entity by delivering a true copy of the **Summons in a Civil Action, Class Action Complaint for Violations of Federal Securities Laws, Civil Cover Sheet, Rule 7.1 Statement, Related Case Affidavit, Individual Practices of USDC Judge Laura Taylor Swain, Individual Practices of Magistrate Judge Maas** to Fern Strauss, Managing Paralegal, Vice President, as authorized to accept on behalf of the above named Entity.

**Description** of Person Served: Age: 53, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 165, Hair: Black, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and sworn to before me on the 23rd day of May, 2008 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2008

**Baldeo Chetram**
Process Server

Our Job Serial Number: 2008002171
Ref: 080037-00001

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j