USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 16 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WEDGEWOOD TACOMA LLC, Individually And On Behalf of All Others Similarly Situated,

Plaintiff,

v.

CITIGROUP INC., CITIGROUP GLOBAL MARKETS INC., and CITI SMITH BARNEY,

Defendants.

---

Case No. 08-CV-4360 (LTS)

JUDGE LAURA T. SWAIN

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, Plaintiff in the above-captioned action alleges claims arising out of the same facts and circumstances as plaintiffs in certain other actions pending before this Court;

WHEREAS, the complaint in the above-captioned action is governed by the provisions of the Private Securities Litigation Reform Act ("PSLRA");

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that:

(a) Defendants do not waive any defenses, objections or arguments;

(b) Defendants shall not be required to answer or otherwise respond to, and are hereby expressly relieved from answering or otherwise responding to, the complaint in the above-captioned action;

(c) Plaintiff shall have 60 days from the entry of the order pursuant to the PSLRA appointing Lead Plaintiff(s) and Lead Counsel to file a consolidated amended complaint (the "Complaint");

(d) Defendants' last day to move, answer or otherwise respond shall be extended to and including the date 60 days after the filing of the Complaint;

   (e) in the event any of the Defendants move to dismiss the Complaint:

    1. Plaintiff shall have 60 days from the date such motion is served to serve opposition papers; and

    2. Defendants shall have 30 days from the date opposition papers are served by Plaintiff to serve reply papers.

Dated: June 11, 2008
   New York, New York

         PAUL, WEISS, RIFKIND, WHARTON &
         GARRISON LLP

By: _____
         Brad S. Karp
         Susanna M. Buergel
         1285 Avenue of the Americas
         New York, New York 10019-6064
         Tel. (212) 373-3000
         Fax (212) 757-3980
         bkarp@paulweiss.com
         sbuergel@paulweiss.com

         Charles E. Davidow
         1615 L Street, N.W.
         Washington, D.C. 20036-5694
         Tel. (202) 223-7300
         Fax (202) 223-7420
         cdavidow@paulweiss.com

         *Attorneys for Defendants*

MILBERG LLP

By: _/s/ Jerome Congress_
Jerome M. Congress
Kent A. Bronson
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 584-0799
jcongress@milberg.com
kbronson@milberg.com

*Attorneys for Plaintiff*

SO ORDERED: _/s/_  6/16/08
U.S.D.J.

3